114 August 27, 2025 No. 767

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KIARRA IVY MARCHBANKS,
*Defendant-Appellant.*

Marion County Circuit Court
22CR44824; A183915

James C. Edmonds, Judge.

Submitted July 11, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kali Montague, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant appeals a judgment of conviction entered after defendant pleaded no contest to one count of strangulation, ORS 163.187. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In September 2022, the state charged defendant by information with one count of strangulation, and the trial court appointed counsel for her at arraignment. Thereafter, in February 2024, defendant pleaded no contest to the strangulation charge in exchange for dismissal of two other criminal cases against her. The court accepted defendant's plea as knowingly, willingly, and voluntarily made with the advice of counsel and sentenced defendant to two years of bench probation with 40 hours of community service. The court then entered the judgment convicting and sentencing defendant.

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Daily*, 335 Or App 198, 557 P3d 1153 (2024) (deciding matter submitted through *Balfour* process by two-judge panel); *State v. Goin*, 334 Or App 497, 556 P3d 663 (2024) (same).